UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS R. ROE, ELMER BUSH, RONALD K. HUFF and JEROME MCLAUGHLIN on behalf of themselves and the Arch Coal, Inc. Employee Thrift Plan, and/or on behalf of a class consisting of similarly situated participants of the Plan, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:15-CV-910 (CEJ) |
| ARCH COAL, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice**.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2017.