# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-2999
_____

Douglas Roe, On behalf of himself and the Arch Coal, Inc. Employee Thrift Plan, and/or on behalf of a class consisting of similarly situated participants of the Plan; Ronald K. Huff, On behalf of himself and the Arch Coal, Inc. Employee Thrift Plan, and/or on behalf of a class consisting of similarly situated participants of the Plan; Jerome McLaughlin, On behalf of himself and the Arch Coal, Inc. Employee Thrift Plan, and/or on behalf of a class consisting of similarly situated participants of the Plan; Elmer Bush, On behalf of himself and the Arch Coal, Inc. Employee Thrift Plan, and/or on behalf of a class consisting of similarly situated participants of the Plan

Plaintiffs - Appellants

v.

Arch Coal, Inc.; The Finance Committee of the Board of Directors of Arch Coal Inc.; Theodore D. Sands; John W. Eaves; J. Thomas Jones; George C. Morris, III; Paul A. Lang; James A. Sabala; Steven F. Leer; Robert G. Potter; Peter I. Wold; Allen R. Kelley; John Ziegler, Jr.; John Does 1-10; Mercer Fiduciary Trust Company; John T. Drexler; Jim Florczak; Matt Giljum; Mike Kafoury; The Pension Committee of Arch Coal, Inc.; James R. Boyd; David Freudenthal; Patricia Fry Godley; Paul T. Hanrahan; Douglas H. Hunt; Wesley M. Taylor

Defendants - Appellees
_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00910-JAR)
_____

**JUDGMENT**

The appeal is hereby dismissed in accordance with the parties' stipulation for dismissal.

The Court's mandate shall issue forthwith.

October 04, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans