# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-2999

Douglas Roe, On behalf of himself and the Arch Coal, Inc. Employee Thrift Plan, and/or on behalf of a class consisting of similarly situated participants of the Plan, et al.

Appellants

v.

Arch Coal, Inc., et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00910-JAR)

_____

**MANDATE**

In accordance with the judgment of 10/04/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 04, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit